**G.L. MARKS CONTRACTING, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF REVENUE, Appellee.**

Supreme Court of Pennsylvania.

March 26, 1999.

## ORDER

PER CURIAM:

AND NOW, this 26th day of March, 1999, the order of the Commonwealth Court is **AFFIRMED.** *Glenn Johnston, Inc. v. Com., Dept. of Revenue,* —— Pa. ——, 726 A.2d 384 (1999).

---

**Josephine PILONG**

v.

**Gina ROME and the City of Philadelphia Water Department.**

**Appeal of Gina Rome.**

Supreme Court of Pennsylvania.

Argued Oct. 19, 1998.

Decided March 29, 1999.

Audrey J. Copeland, Berwyn, Howard P. Dwoskin, Philadelphia, for Gina Rome.

Salvatore A. Paparone, Jr., Trevose, for Josephine Pilong.

Kwame Agyeman, Philadelphia, for City of Philadelphia Water Dept.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.